**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LINDSAY JOHN MAX, | ) | No. EDCV 03-788 JVS (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ROBERT J. HERNANDEZ (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: April 14, 2010

_____
JAMES V. SELNA
United States District Judge